UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-46755 |
| DEANGELO MARCELL ZEIGLER, SR., *pro se*, | Chapter 7 |
| | Judge Thomas J. Tucker |
| Debtor. | |

_______________________________/

**OPINION AND ORDER DENYING THE DEBTOR'S MOTION FOR DISQUALIFICATION OF JUDGE**

This closed Chapter 7 bankruptcy case is before the Court on the motion filed by the Debtor entitled "Debtor's Motion for Disqualification and Reassignment Under 28 U.S.C. § 455(a) and Federal Rule of Bankruptcy Procedure 5004," filed on September 16, 2026 (Docket # 64, the "Motion"). The Motion must be denied, for the following reasons.

First, the Motion does not allege facts or present any arguments that demonstrate any valid legal ground for the undersigned judge's recusal or disqualification, under 28 U.S.C. § 455(a), Fed. R. Bankr. P. 5004, or otherwise.

Second, nothing that the undersigned judge has said or done in or related to this bankruptcy case shows any lack of impartiality toward the Debtor. If anything, the Court's rulings in this case, particularly the Order entered on August 12, 2026 (Docket # 38), have shown a great deal of patience and lenity toward the Debtor.

Third, the grounds alleged in the Motion are really nothing more than complaints that the undersigned judge's orders in this case have been erroneous or an abuse of discretion. To the extent the Debtor is unhappy with this Court's orders, his appropriate recourse is to timely appeal those orders. Recusal and/or disqualification of the undersigned judge is not an appropriate

remedy or procedure for challenging the correctness of the Court's rulings. *See, e.g., Hughes v. Hartfield* (*In re Hartfield*), 629 B.R. 891, 892-93 (Bankr. E.D. Mich. 2021); *see generally Liteky v. United States*, 510 U.S. 540, 555 (1994) ("judicial rulings alone almost never constitute a valid basis for a bias or partiality motion. . . . Almost invariably, they are proper grounds for appeal, not for recusal."); *Williams v. Anderson*, 460 F.3d 789, 815 (6th Cir. 2006); *United States v. Beaver*, 2000 WL 491538, *5-6 (6th Cir. Apr. 20, 2000).

For these reasons,

IT IS ORDERED that the Debtor's Motion (Docket # 64) is denied.

**Signed on September 18, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**